| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Excl Logistics, LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-1685846** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**2810 144th Place SW**<br>**Lynnwood, WA 98087**<br>Number, Street, City, State & ZIP Code<br><br>**Snohomish**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**2300 Ron Crockett Drive**<br>**Lot 10 Auburn, WA 98001**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.excl-logistic.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

| Debtor | Excl Logistics, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__48__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

| Debtor | **Excl Logistics, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ■ $1,000,001 - $10 million
- ☐ $500,000,001 - $1 billion

Debtor  **Excl Logistics, LLC**　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

☐ $50,001 - $100,000　　　　☐ $10,000,001 - $50 million　　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　　 ☐ $50,000,001 - $100 million　　 ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　　☐ $100,000,001 - $500 million　 ☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 27, 2023**
              MM / DD / YYYY

**X** **/s/ Anil Bhambi**                                         **Anil Bhambi**
Signature of authorized representative of debtor                  Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X** **/s/ Thomas D. Neeleman**                                  Date **February 27, 2023**
Signature of attorney for debtor                                       MM / DD / YYYY

**Thomas D. Neeleman 33980**
Printed name

**Neeleman Law Group, P.C.**
Firm name

**1403 8th Street**
**Marysville, WA 98270**
Number, Street, City, State & ZIP Code

Contact phone  **(425) 212-4800**       Email address  **courtmail@expresslaw.com**

**33980 WA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Excl Logistics, LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF WASHINGTON**
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Amerifuel Euler Hermes Collection 800 Red Brook Blvd, #400C Owings Mills, MD 21117** | | | | | | $75,000.00 |
| **Balbir Singh** | | **Employee** | | | | $18,000.00 |
| **BCI IV Auburn 167 Bldg 1 249 SW 41st St Renton, WA 98057** | | | | | | $108,500.00 |
| **BMO 3925 Fountains Drive NE Cedar Rapids, IA 52402** | | | | $66,000.00 | $0.00 | $66,000.00 |
| **Commercial Credit Group 525 North Tryon St., Ste 1000 Charlotte, NC 28202** | | | | $1,350,000.00 | $0.00 | $1,350,000.00 |
| **Harjeet Dhillon 10844 SE 214th Pl Kent, WA 98031** | | **Former Driver** | | | | $55,000.00 |
| **Harnek Singh** | | **Former Employee** | | | | $30,000.00 |
| **Ishwar Aery** | | **Former Driver** | | | | $20,000.00 |
| **Jaswhant Singh 10818 SE 240th Pl, #B204 Kent, WA 98030** | | **Former Driver** | | | | $35,000.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Case 23-10364-CMA    Doc 1    Filed 02/27/23    Ent. 02/27/23 16:41:04    Pg. 6 of 11

| Debtor | Excl Logistics, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kimbal Northwest**<br>**Dept. L2780**<br>**Columbus, OH 43260** | | **Vendor** | | | | **$419,476.00** |
| **Lincoln Property Company**<br>**555 South Renton Village Place**<br>**Renton, WA 98057** | | **Rent - Current Space** | | | | **$33,000.00** |
| **Milestone**<br>**One Pierce Place, #725W**<br>**Itasca, IL 60143** | | **Vendor** | | | | **$50,000.00** |
| **National Continental Insurance**<br>**725 Canton Street**<br>**Norwood, MA 02062** | | **Old Insurance** | | | | **$212,000.00** |
| **O Brian Investment Trust**<br>**2737 78th Ave. SE, #201**<br>**Mercer Island, WA 98040** | | **Shop Payment** | | | | **$44,000.00** |
| **Penske**<br>**12840 48th Ave. S**<br>**Seattle, WA 98168** | | **Truck Leases** | | | | **$525,000.00** |
| **Peterbilt**<br>**3707 Airport Way S**<br>**Seattle, WA 98134** | | **Truck Lease** | | | | **$750,000.00** |
| **Premier Trailer Leasing**<br>**5201 Tennyson Parkway, #250**<br>**Plano, TX 75024** | | **Vendor** | | | | **$75,000.00** |
| **PRL Trailer Leasing**<br>**575 South Michigan Street**<br>**Seattle, WA 98108** | | **Vendor** | | | | **$85,000.00** |
| **Shamsher Singh** | | **Former Employee** | | | | **$30,000.00** |
| **Trac Intermodal**<br>**107 Hillside Drive, Suite 202**<br>**Lewisville, TX 75057** | | **Vendor** | | | | **$245,000.00** |

AMERIFUEL
EULER HERMES COLLECTION
800 RED BROOK BLVD, #400C
OWINGS MILLS, MD 21117


BCI IV AUBURN 167 BLDG 1
249 SW 41ST ST
RENTON, WA 98057


BMO
3925 FOUNTAINS DRIVE NE
CEDAR RAPIDS, IA 52402


COMMERCIAL CREDIT GROUP
525 NORTH TRYON ST., STE 1000
CHARLOTTE, NC 28202


DALBIR SINGH
12323 SE 223RD DRIVE
KENT, WA 98031


DARRELL KOHLSTAEDT
913 75TH STREET CT. E, #G104
TACOMA, WA 98404


GURMEET SINGH
2845 SE 16TH ST.
NORTH BEND, WA 98045


HARJEET DHILLON
10844 SE 214TH PL
KENT, WA 98031


IRS
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JASWHANT SINGH
10818 SE 240TH PL, #B204
KENT, WA 98030


KIMBAL NORTHWEST
DEPT. L2780
COLUMBUS, OH 43260

LINCOLN PROPERTY COMPANY
555 SOUTH RENTON VILLAGE PLACE
RENTON, WA 98057


MILESTONE
ONE PIERCE PLACE, #725W
ITASCA, IL 60143


NATIONAL CONTINENTAL INSURANCE
725 CANTON STREET
NORWOOD, MA 02062


O BRIAN INVESTMENT TRUST
2737 78TH AVE. SE, #201
MERCER ISLAND, WA 98040


PENSKE
12840 48TH AVE. S
SEATTLE, WA 98168


PETERBILT
3707 AIRPORT WAY S
SEATTLE, WA 98134


PREMIER TRAILER LEASING
5201 TENNYSON PARKWAY, #250
PLANO, TX 75024


PRL TRAILER LEASING
575 SOUTH MICHIGAN STREET
SEATTLE, WA 98108


RYAN COSTA
2988 NORTH SAGE FIRE AVE.
MERIDIAN, ID 83646


TRAC INTERMODAL
107 HILLSIDE DRIVE, SUITE 202
LEWISVILLE, TX 75057


WA DEPARTMENT OF REVENUE
2101 4TH AVE, STE 1400
SEATTLE, WA 98121

```
WA DEPT OF L & I
PO BOX 44000
OLYMPIA, WA 98504-4000


WA EMPLOYMENT SECURITY DEPT
PO BOX 34949
SEATTLE, WA 98124-1949


XTRA LEASE
1106 140TH AVE. CT E
SUMNER, WA 98390
```

In re **Excl Logistics, LLC**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Excl Logistics, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 27, 2023**

Date

**/s/ Thomas D. Neeleman**

**Thomas D. Neeleman 33980**

Signature of Attorney or Litigant

Counsel for **Excl Logistics, LLC**

**Neeleman Law Group, P.C.**

**1403 8th Street**
**Marysville, WA 98270**
**(425) 212-4800 Fax:(425) 212-4802**
**courtmail@expresslaw.com**