# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| IN RE: | CASE NO: 23-10364 |
|---|---|
| EXCL LOGISTICS, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>Judge: Judge Christopher Alston |

On 3/6/2023, I did cause a copy of the following documents, described below,

Order Scheduling Section 1188(a) Conference and Requiring Debtor to Sent Notice

Claim Notice and Deadline for Filing Complaints

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/6/2023

/s/ Thomas D. Neeleman
Thomas D. Neeleman  33980
Attorney at Law
Neeleman Law Group
1403 8th Street
Marysville, WA  98270
425 212 4800
eneeleman@expresslaw.com

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: <br><br> EXCL LOGISTICS, LLC | CASE NO: 23-10364 <br><br> **CERTIFICATE OF SERVICE DECLARATION OF MAILING** <br><br> Chapter: 11 <br> Judge: Judge Christopher Alston |

On 3/6/2023, a copy of the following documents, described below,

Order Scheduling Section 1188(a) Conference and Requiring Debtor to Sent Notice

Claim Notice and Deadline for Filing Complaints

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/6/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas D. Neeleman
Neeleman Law Group
1403 8th Street
Marysville, WA  98270

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.
```

| CASE INFO | EXCLUDE | DEBTOR |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-10364<br>WESTERN DISTRICT OF WASHINGTON<br>MON MAR 6 11-53-6 PST 2023 | ~~(U)COMMERCIAL CREDIT GROUP INC~~ | EXCL LOGISTICS LLC<br>2810 144TH PLACE SW<br>LYNNWOOD WA 98087-5954 |
| EXCLUDE | EXCLUDE | |
| ~~(U)KAUTILYA CAPITAL LLC DEFINED BENEFIT PLAN~~ | ~~US BANKRUPTCY COURT~~<br>~~700 STEWART ST ROOM 6301~~<br>~~SEATTLE WA 98101-4441~~ | AMERIFUEL<br>EULER HERMES COLLECTION<br>800 RED BROOK BLVD 400C<br>OWINGS MILLS MD 21117-5173 |
| BCI IV AUBURN 167 BLDG 1<br>249 SW 41ST ST<br>RENTON WA 98057-4930 | BMO<br>3925 FOUNTAINS DRIVE NE<br>CEDAR RAPIDS IA 52411-6619 | COMMERCIAL CREDIT GROUP<br>525 NORTH TRYON ST STE 1000<br>CHARLOTTE NC 28202-0210 |
| DALBIR SINGH<br>12323 SE 223RD DRIVE<br>KENT WA 98031-9606 | DARRELL KOHLSTAEDT<br>913 75TH STREET CT E G104<br>TACOMA WA 98404-5640 | GURMEET SINGH<br>2845 SE 16TH ST<br>NORTH BEND WA 98045-8014 |
| HARJEET DHILLON<br>10844 SE 214TH PL<br>KENT WA 98031-1380 | IRS<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JASWHANT SINGH<br>10818 SE 240TH PL B204<br>KENT WA 98030-4995 |
| KIMBAL NORTHWEST<br>DEPT L2780<br>COLUMBUS OH 43260-0001 | LINCOLN PROPERTY COMPANY<br>555 SOUTH RENTON VILLAGE PLACE<br>RENTON WA 98057-3294 | MILESTONE<br>ONE PIERCE PLACE 725W<br>ITASCA IL 60143-1234 |
| NATIONAL CONTINENTAL INSURANCE<br>725 CANTON STREET<br>NORWOOD MA 02062-2679 | O BRIAN INVESTMENT TRUST<br>2737 78TH AVE SE 201<br>MERCER ISLAND WA 98040-2843 | PRL TRAILER LEASING<br>575 SOUTH MICHIGAN STREET<br>SEATTLE WA 98108-3316 |
| PENSKE<br>12840 48TH AVE S<br>SEATTLE WA 98168-3302 | PETERBILT<br>3707 AIRPORT WAY S<br>SEATTLE WA 98134-2216 | PREMIER TRAILER LEASING<br>5201 TENNYSON PARKWAY 250<br>PLANO TX 75024-4117 |
| RYAN COSTA<br>2988 NORTH SAGE FIRE AVE<br>MERIDIAN ID 83646-9046 | TRAC INTERMODAL<br>107 HILLSIDE DRIVE SUITE 202<br>LEWISVILLE TX 75057-3160 | UNITED STATES TRUSTEE<br>700 STEWART ST STE 5103<br>SEATTLE WA 98101-4438 |

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:

| | | |
|---|---|---|
| (US Trustee)<br>United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101<br>represented by:<br>Hilary Bramwell Mohr<br>Office of the U.S. Trustee<br>700 Stewart St, Ste 5103<br>Seattle, WA 98101<br><br>hilary.b.mohr@usdoj.gov | Aditi Paranjpye<br>Cairncross & Hemplemann, P.S.<br>524 Second Avenue<br>Ste 500<br>Seattle, WA 98104<br><br>AParanjpye@Cairncross.com | (Creditor)<br>Kautilya Capital, LLC Defined Benefit Plan<br>represented by:<br>Jennifer K. Faubion<br>Cairncross & Hemplemann, P.S.<br>524 Second Avenue<br>Suite 500<br>Seattle, WA 98104<br><br>jfaubion@cairncross.com |
| (Debtor)<br>Excl Logistics LLC<br>2810 144th Place SW<br>Lynnwood, WA 98087<br>Tax ID / EIN: 81-1685846<br>represented by:<br>Thomas D Neeleman<br>Neeleman Law Group<br>1403 8th Street<br>Marysville, WA 98270<br><br>courtmail@expresslaw.com | (Trustee)<br>Michael DeLeo<br>Peterson Russell Kelly Livengood PLLC<br>10900 NE 4th Street<br>Suite 1850<br>Bellevue, WA 98004<br><br>msdeleo-trustee@prklaw.com | (Creditor)<br>Commercial Credit Group, Inc.<br>represented by:<br>Brett H Ramsaur<br>Ramsaur Law Office<br>27075 Cabot Road<br>Suite 110<br>Laguna Hills, CA 92653<br><br>brett@ramsaurlaw.com |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| WA DEPARTMENT OF REVENUE<br>2101 4TH AVE STE 1400<br>SEATTLE WA 98121-2300 | (P)WA STATE DEPT OF LABOR INDUSTRIES<br>BANKRUPTCY UNIT<br>PO BOX 44171<br>OLYMPIA WA 98504-4171 | WA EMPLOYMENT SECURITY DEPT<br>PO BOX 34949<br>SEATTLE WA 98124-1949 |
| XTRA LEASE<br>1106 140TH AVE CT E<br>SUMNER WA 98390-9653 | MICHAEL DELEO<br>PETERSON RUSSELL KELLY LIVENGOOD PLLC<br>10900 NE 4TH STREET<br>SUITE 1850<br>BELLEVUE WA 98004-8341 | EXCLUDE<br>~~THOMAS D NEELEMAN~~<br>~~NEELEMAN LAW GROUP~~<br>~~1403 8TH STREET~~<br>~~MARYSVILLE WA 98270-4207~~ |

**Below is the Order of the Court.**



**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 11 |
| Excl Logistics LLC, | Case No. 23-10364 |
| Debtor. | ORDER SCHEDULING SECTION 1188(a) CONFERENCE AND REQUIRING DEBTOR TO SEND NOTICE |

  This case, filed February 27, 2023, has been judicially reviewed. The Debtor stated on its petition that it is a debtor according to the definition in § 1182(1) of the Bankruptcy Code and chooses to proceed under Subchapter V of Chapter 11. Pursuant to 11 U.S.C. §1188(a), the Court shall hold a status conference to further the expeditious and economical resolution of a case under this subchapter not later than 60 days after the entry of the order for relief under this

Order - 1

chapter.  Section 1188(c) further provides that not later than 14 days before the date of the status conference, the Debtor shall file with the court and serve on the trustee and all parties in interest a report that details the efforts the Debtor has undertaken and will undertake to attain a consensual plan of reorganization.  Now, therefore, it is hereby

ORDERED that the Court shall hold a status conference in this case on **April 13, 2023**, **at 11:00 a.m.** in Judge Alston's Courtroom, 700 Stewart Street, Suite 7206, Seattle, Washington.  The Debtor, Debtor's counsel, and the case trustee shall appear at the status conference.  Any other parties in interest may appear.

IT IS FURTHER ORDERED that the Debtor shall file and serve on the case trustee and all parties in interest a report on its efforts to attain a consensual plan of reorganization not later than **March 30, 2023.**

IT IS FURTHER ORDERED that pursuant to Federal Rule of Bankruptcy Procedure 3003(c)(3), the last date to file proofs of claim or equity security interest is **April 7, 2023.** ("Claim Deadline").

IT IS FURTHER ORDERED that the Debtor shall file and serve on all creditors, equity security holders, and other parties in interest a notice of the Claim Deadline no later than **March 6, 2023**.  The notice shall include the following language about the deadline to file a complaint alleging that a debt is not discharged under 11 U.S.C. § 523(a)(2), (4), or (6), and the option to file proofs of claim or equity security interest electronically:

> The deadline to file a complaint alleging that a debt is excepted from discharge under 11 U.S.C. § 523(a)(2), (4) or (6) is **May 30, 2023**.
>
> Creditors may file proofs of claim online at http://www.wawb.uscourts.gov/eclaims.htm.  Alternatively, proofs of claim may be filed with the Clerk of the United States Bankruptcy Court, 700 Stewart Street, Room 6301, Seattle, Washington 98101.

IT IS FURTHER ORDERED that the Debtor shall serve a copy of this order on the

Order - 2

trustee and all parties in interest no later than **March 6, 2023.**

///END OF ORDER///

Order - 3

THE HONORABLE CHRISTOPHER M. ALSTON

THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

In re

EXCL LOGISTICS, LLC.

        Debtor-in-Possession.

Case No. 23-10364

CLAIM NOTICE AND DEADLINE FOR FILING COMPLAINTS

PLEASE TAKE NOTICE that on March 3, 2023, the Honorable Christopher M. Alston, United States Bankruptcy Court Judge, signed the attached order setting a deadline for filing claims against this estate.

**April 7, 2023 is the last day for filing claims against this estate**. This claims deadline applies to all claims, including Chapter 11 claims which were incurred by the Debtor before or after February 27, 2023 and any other administrative claims. Any creditor whose claim is listed as disputed, contingent, or unliquidated in the Debtors' schedules or who disagrees with the amount of the claim as scheduled by the Debtors must file a proof of claim with the bankruptcy court on or before the claim deadline.

Your proof of claim should distinguish between any amount you were owed prior to February 27, 2023, and any amount which was incurred by the Debtor after February 27, 2023.

For your convenience, a Proof of Claim Form is enclosed with this notice. Creditors may file their proofs of claim online at https://www.wawb.uscourts.gov/eclaims.htm. Alternatively, proofs of claim may be filed with the Clerk of the United States Bankruptcy Court, 700 Stewart Street, Room 6301, Seattle, Washington 98101.

**The deadline to file a complaint alleging that a debt is excepted from discharge under 11 U.S.C. § 523 (a)(2), (4), or (6) is May 30, 2023**.

DATED this 6th day of March, 2023

NEELEMAN LAW GROUP.

By: _/s/ Jennifer L. Neeleman_
Jennifer L. Neeleman, WSBA #37374
Attorneys for Debtor
NEELEMAN LAW GROUP

1403 8th Street
Marysville, WA 98270
Telephone: 425-212-4800