**Fill in this information to identify the case:**

Debtor name  **Excl Logistics, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known)  **23-10364**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*  **E/F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 16, 2023**       X **/s/ Anil Bhambi**
                                         Signature of individual signing on behalf of debtor

                                         **Anil Bhambi**
                                         Printed name

                                         **Managing Member**
                                         Position or relationship to debtor

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|
| **2.1** | Priority creditor's name and mailing address: **Attorney General for WA State Bankruptcy & Collections Unit 800 Fifth Ave, 20th Floor Seattle, WA 98104** <br><br> Date or dates debt was incurred <br><br> Last 4 digits of account number <br><br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only** <br><br> Is the claim subject to offset? <br> ■ No <br> ☐ Yes | **$0.00** | **$0.00** |
| **2.2** | Priority creditor's name and mailing address: **United States Attorney's Offic Attn: Bankruptcy Assistant 700 Stewart Street, Room 5220 Seattle, WA 98101** <br><br> Date or dates debt was incurred <br><br> Last 4 digits of account number <br><br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Notice Only** <br><br> Is the claim subject to offset? <br> ■ No <br> ☐ Yes | **$0.00** | **$0.00** |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                   Amount of claim

| Debtor | Excl Logistics, LLC | Case number (if known) | 23-10364 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Balbir Singh**<br>**22440 Benson Road SE**<br>**Appartment D-7**<br>**Kent, WA 98031**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Employee__<br>Is the claim subject to offset? ■ No ☐ Yes | $18,000.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Brett Ramsaur**<br>**950 Pacific Ave, Suite 1030**<br>**Tacoma, WA 98402**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Corporation Service Company**<br>**801 Adlai Stevenson Dr**<br>**Springfield, IL 62703**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Emerald Downs Racing, LLC**<br>**P.O. Box 617**<br>**Auburn, WA 98071**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Ernies Fueling Network**<br>**28727 Pacific Hwy So.**<br>**Federal Way, WA 98003**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Geana VanDessel**<br>**Kutak Rock Law Office**<br>**1277 E Joyce Blvd Suite 300**<br>**Tontitown, AR 72770-5585**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Harnek Singh**<br>**29313 120th Ave SE**<br>**Auburn, WA 98092**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Former Employee__<br>Is the claim subject to offset? ■ No ☐ Yes | $30,000.00 |

| Debtor | Excl Logistics, LLC | Case number (if known) | 23-10364 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Ishwar Aery**<br>**306 10th Ave., N**<br>**Auburn, WA 98001** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,000.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Former Driver__<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Jashandeep Rehal**<br>**23811 132nd Ave. SE #W10**<br>**Kent, WA 98042** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,000.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Driver__<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Kelly Lemaster**<br>**456 Upper Grand Ave.**<br>**Hoquiam, WA 98550** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,800.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Former Driver__<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Links Insurance**<br>**1465 Graces Run Rd.**<br>**Winchester, OH 45697** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,000.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Old Insurance__<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Neptune I TT LLC**<br>**555 S. Renton Village Place**<br>**Renton, WA 98057** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Noemi Curiel**<br>**22224 105th Ave.**<br>**Kent, WA 98031** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Former Employee__<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Obrien Investment Trust**<br>**c/o Frank Huguenin**<br>**3113 Rockefeller Ave.**<br>**Everett, WA 98201** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __NOTICE__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Pacific Rental & Leasing, LLC**<br>**c/o Schweet Linde & Coulson**<br>**575 S. Michigan Street**<br>**Seattle, WA 98108**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Paolo Martinez**<br>**22224 105th Ave., SE**<br>**Kent, WA 98031**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Former Employee**<br>Is the claim subject to offset? ■ No ☐ Yes | $2,500.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Pape Material**<br>**9892 40th Ave S**<br>**Seattle, WA 98118**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**PRL Trailer Leasing**<br>**575 South Michigan Street**<br>**Seattle, WA 98108**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | $85,000.00 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Shamsher Singh**<br>**529 Warren Ave. N.**<br>**Suite 201**<br>**Seattle, WA 98109**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Former Employee**<br>Is the claim subject to offset? ■ No ☐ Yes | $30,000.00 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Tanvir Mohammad**<br>**12419 SE 223rd Dr.**<br>**Kent, WA 98031**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Former Driver**<br>Is the claim subject to offset? ■ No ☐ Yes | $8,000.00 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**VJ Transport**<br>**6919 SW 234th Street**<br>**Newberry, FL 32669-5201**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Outside Carrier**<br>Is the claim subject to offset? ■ No ☐ Yes | $3,000.00 |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | Excl Logistics, LLC | Case number (if known) | 23-10364 |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 231,800.00 |
| **5c. Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. $ | 231,800.00 |