# EXCL LOGISTICS, LLC
## June, 2023 through Febuary, 2028
## Time Period - Monthly/Yearly

|  | June 2023 | #Trucks | July 2023 | #Trucks | August 2023 | #Trucks | Sept 2023 | #Trucks |
|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | |
| Gross Receipts: | | | | | | | | |
| Local Freight | $ 204,000.00 | 10 | $ 238,000.00 | 10 | $ 238,000.00 | 10 | $ 214,200.00 | 9 |
| Regional Freight | $ 98,400.00 | 11 | $ 196,800.00 | 12 | $ 196,800.00 | 12 | $ 180,400.00 | 11 |
| OTR - California | $ 150,400.00 | 8 | $ 169,200.00 | 9 | $ 188,000.00 | 10 | $ 188,000.00 | 10 |
| Shop Revenue | $ 12,400.00 | | $ 13,020.00 | | $ 13,671.00 | | $ 14,354.55 | |
| Total Gross Receipts | $ 465,200.00 | | $ 617,020.00 | | $ 636,471.00 | | $ 596,954.55 | |
| Contribution from owner | $ 6,000.00 | | | | | | | |
| Carry Over from previous period | $ 40,000.00 | | $ 962.32 | | $ 7,315.68 | | $ 12,276.72 | |
| **Total Receipts** | **$ 511,200.00** | | **$ 617,982.32** | | **$ 643,786.68** | | **$ 609,231.27** | |
| Less: | | | | | | | | |
| **Expenses - Variable (see attached)** | | | | | | | | |
| Fuel | $ 167,154.72 | | $ 196,831.68 | | $ 204,524.00 | | $ 193,083.92 | |
| Driver | $ 179,520.00 | | $ 216,840.00 | | $ 225,840.00 | | $ 213,120.00 | |
| Maintenance | $ 31,800.00 | | $ 47,880.00 | | $ 58,380.00 | | $ 34,008.00 | |
| Total Exenses - Variable | $ 378,474.72 | | $ 461,551.68 | | $ 488,744.00 | | $ 440,211.92 | |
| **Expenses - Fixed** | | | | | | | | |
| Payroll - Non Insiders (Sheet 4 - Ref A) | $ 29,000.00 | | $ 29,000.00 | | $ 29,000.00 | | $ 29,000.00 | |
| Payroll - Anil Bhambi | | | | | $ 4,000.00 | | $ 4,000.00 | |
| Payroll Tax at Estimated 20% | $ 5,800.00 | | $ 5,800.00 | | $ 6,600.00 | | $ 6,600.00 | |
| Lease Payments: | | | | | | | | |

# EXCL LOGISTICS, LLC
## June, 2023 through Febuary, 2028
## Time Period - Monthly/Yearly

|  | June | | July | | August | | Sept | |
|---|---|---|---|---|---|---|---|---|
|  | 2023 | #Trucks | 2023 | #Trucks | 2023 | #Trucks | 2023 | #Trucks |
| O'Brien Investment (Shop) | $ 6,565.00 | | $ 6,565.00 | | $ 6,565.00 | | $ 6,565.00 | |
| Emerald Downs Yard (Net of Sublease) | $ 4,050.00 | | $ 4,050.00 | | $ 4,050.00 | | $ 4,050.00 | |
| Lincoln Property Mgmt (Office) | $ 4,565.00 | | $ 4,565.00 | | $ 4,565.00 | | $ 4,565.00 | |
| Insurance | | | | | | | | |
| Insurance #1 - Palta Insurance | $ 15,000.00 | | $ 15,000.00 | | $ 15,000.00 | | $ 15,000.00 | |
| Insurance #2 - Bull Dog | $ 1,350.00 | | $ 1,350.00 | | $ 1,350.00 | | $ 1,350.00 | |
| Insurance #3 - Intermodal Extended | | | $ 6,850.00 | | $ 6,850.00 | | $ 6,850.00 | |
| Dispatch (India) | $ 14,650.00 | | $ 14,650.00 | | $ 14,650.00 | | $ 14,650.00 | |
| Accountant | $ 1,200.00 | | $ 1,202.00 | | $ 1,204.00 | | $ 1,206.00 | |
| Utilities | $ 1,179.09 | | $ 1,179.09 | | $ 1,179.09 | | $ 1,179.09 | |
| Software | $ 1,072.32 | | $ 1,072.32 | | $ 1,072.32 | | $ 1,072.32 | |
| Oregon DOT | $ 2,200.00 | | $ 2,200.00 | | $ 2,200.00 | | $ 2,200.00 | |
| Intermodal Fees | $ 156.55 | | $ 156.55 | | $ 156.55 | | $ 156.55 | |
| Fleet Tracking | $ 1,125.00 | | $ 1,125.00 | | $ 1,125.00 | | $ 1,125.00 | |
| Fuel Money Network | $ 1,350.00 | | $ 1,350.00 | | $ 1,350.00 | | $ 1,350.00 | |
| Trailer Rental | $ 14,500.00 | | $ 14,500.00 | | $ 14,500.00 | | $ 14,500.00 | |
| Estimated Trustee Fee/Attorney Fee | | | $ 1,500.00 | | $ 1,500.00 | | $ 1,500.00 | |
| Secured Claims | | | | | | | | |
| TBS Factoring Service/First Corp | | | | | | | | |
| Kautilya Capital, LLC | | | | | $ 1,000.00 | | $ 1,000.00 | |
| Commercial Credit Group, Inc. | $ 28,000.00 | | $ 37,000.00 | | $ 21,460.00 | | $ 21,460.00 | |

# EXCL LOGISTICS, LLC
## June, 2023 through Febuary, 2028
## Time Period - Monthly/Yearly

|  | June | | July | | August | | Sept | |
|---|---|---|---|---|---|---|---|---|
|  | **2023** | **#Trucks** | **2023** | **#Trucks** | **2023** | **#Trucks** | **2023** | **#Trucks** |
| RTS Service/Exertion 221 Trust | | | | | | | | |
| BMO Harris Bank | | | | | $ 1,119.00 | | $ 1,119.00 | |
| Les Schwab | | | | | $ 113.00 | | $ 113.00 | |
| XTRA Lease | | | | | | | | |
| Western Pacific Leasing | | | | | | | | |
| Premier Trailers LLC | | | | | | | | |
| Unsecured Claims | | | | | $ 2,000.00 | | $ 2,000.00 | |
| Priority Claim - IRS | | | | | $ 157.00 | | $ 157.00 | |
| Priority Claim - L&I | | | | | $ 4,265.00 | | $ 4,265.00 | |
| **Total Expenses-Fixed** | $ 131,762.96 | | $ 149,114.96 | | $ 142,765.96 | | $ 142,767.96 | |
| | | | | | | | | |
| **Total Monthly Expenses** | $ 510,237.68 | | $ 610,666.64 | | $ 631,509.96 | | $ 582,979.88 | |
| | | | | | | | | |
| **Net Available Funds (Outflow)** | $ 962.32 | | $ 7,315.68 | | $ 12,276.72 | | $ 26,251.39 | |

# EXCL LOGISTICS, LLC
## June, 2023 through Febuary, 2028
## Time Period - Monthly/Yearly

| | Oct | | Nov | | Dec | | Jan | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **2023** | **#Trucks** | **2023** | **#Trucks** | **2023** | **#Trucks** | **2024** | **#Trucks** |
| **Income** | | | | | | | | |
| Gross Receipts: | | | | | | | | |
|    Local Freight | $ 238,000.00 | 10 | $ 238,000.00 | 10 | $ 238,000.00 | 10 | $ 238,000.00 | 10 |
|    Regional Freight | $ 180,400.00 | 11 | $ 180,400.00 | 11 | $ 180,400.00 | 11 | $ 180,400.00 | 11 |
|    OTR - California | $ 206,800.00 | 11 | $ 206,800.00 | 11 | $ 206,800.00 | 11 | $ 206,800.00 | 11 |
|    Shop Revenue | $ 15,072.28 | | $ 15,825.89 | | $ 16,617.19 | | $ 17,448.05 | |
| Total Gross Receipts | $ 640,272.28 | | $ 641,025.89 | | $ 641,817.19 | | $ 642,648.05 | |
| Contribution from owner | | | | | | | | |
| Carry Over from previous period | $ 26,251.39 | | $ 51,317.39 | | $ 77,135.00 | | $ 103,741.90 | |
| **Total Receipts** | **$ 666,523.67** | | **$ 692,343.28** | | **$ 718,952.18** | | **$ 746,389.95** | |
|    Less: | | | | | | | | |
| **Expenses - Variable (see attached)** | | | | | | | | |
|    Fuel | $ 205,616.32 | | $ 205,616.32 | | $ 205,616.32 | | $ 205,616.32 | |
|    Driver | $ 230,520.00 | | $ 230,520.00 | | $ 230,520.00 | | $ 230,520.00 | |
|    Maintenance | $ 36,300.00 | | $ 36,300.00 | | $ 36,300.00 | | $ 36,300.00 | |
| Total Exenses - Variable | $ 472,436.32 | | $ 472,436.32 | | $ 472,436.32 | | $ 472,436.32 | |
| **Expenses - Fixed** | | | | | | | | |
|    Payroll - Non Insiders (Sheet 4 - Ref A) | $ 29,000.00 | | $ 29,000.00 | | $ 29,000.00 | | $ 29,000.00 | |
|    Payroll - Anil Bhambi | $ 4,000.00 | | $ 4,000.00 | | $ 4,000.00 | | $ 4,000.00 | |
|    Payroll Tax at Estimated 20% | $ 6,600.00 | | $ 6,600.00 | | $ 6,600.00 | | $ 6,600.00 | |
|    Lease Payments: | | | | | | | | |

# EXCL LOGISTICS, LLC
## June, 2023 through Febuary, 2028
## Time Period - Monthly/Yearly

| | Oct 2023 | #Trucks | Nov 2023 | #Trucks | Dec 2023 | #Trucks | Jan 2024 | #Trucks |
|---|---|---|---|---|---|---|---|---|
| O'Brien Investment (Shop) | $ 6,565.00 | | $ 6,565.00 | | $ 6,565.00 | | $ 6,565.00 | |
| Emerald Downs Yard (Net of Sublease) | $ 4,050.00 | | $ 4,050.00 | | $ 4,050.00 | | $ 4,050.00 | |
| Lincoln Property Mgmt (Office) | $ 4,565.00 | | $ 4,565.00 | | $ 4,565.00 | | $ 4,565.00 | |
| Insurance | | | | | | | | |
| Insurance #1 - Palta Insurance | $ 15,000.00 | | $ 15,000.00 | | $ 15,000.00 | | $ 15,000.00 | |
| Insurance #2 - Bull Dog | $ 1,350.00 | | $ 1,350.00 | | $ 1,350.00 | | $ 1,350.00 | |
| Insurance #3 - Intermodal Extended | $ 6,850.00 | | $ 6,850.00 | | $ 6,850.00 | | $ 6,850.00 | |
| Dispatch (India) | $ 14,650.00 | | $ 14,650.00 | | $ 14,650.00 | | $ 14,650.00 | |
| Accountant | $ 1,208.00 | | $ 1,210.00 | | $ 1,212.00 | | $ 1,214.00 | |
| Utilities | $ 1,179.09 | | $ 1,179.09 | | $ 1,179.09 | | $ 1,179.09 | |
| Software | $ 1,072.32 | | $ 1,072.32 | | $ 1,072.32 | | $ 1,072.32 | |
| Oregon DOT | $ 2,200.00 | | $ 2,200.00 | | $ 2,200.00 | | $ 2,200.00 | |
| Intermodal Fees | $ 156.55 | | $ 156.55 | | $ 156.55 | | $ 156.55 | |
| Fleet Tracking | $ 1,125.00 | | $ 1,125.00 | | $ 1,125.00 | | $ 1,125.00 | |
| Fuel Money Network | $ 1,350.00 | | $ 1,350.00 | | $ 1,350.00 | | $ 1,350.00 | |
| Trailer Rental | $ 14,500.00 | | $ 14,500.00 | | $ 14,500.00 | | $ 14,500.00 | |
| Estimated Trustee Fee/Attorney Fee | $ 1,500.00 | | $ 1,500.00 | | $ 1,500.00 | | $ 1,500.00 | |
| Secured Claims | | | | | | | | |
| TBS Factoring Service/First Corp | | | | | | | | |
| Kautilya Capital, LLC | $ 1,000.00 | | $ 1,000.00 | | $ 1,000.00 | | $ 1,000.00 | |
| Commercial Credit Group, Inc. | $ 21,460.00 | | $ 21,460.00 | | $ 21,460.00 | | $ 21,460.00 | |

# EXCL LOGISTICS, LLC
## June, 2023 through Febuary, 2028
## Time Period - Monthly/Yearly

|  | Oct 2023 | #Trucks | Nov 2023 | #Trucks | Dec 2023 | #Trucks | Jan 2024 | #Trucks |
|---|---|---|---|---|---|---|---|---|
| RTS Service/Exertion 221 Trust | | | | | | | | |
| BMO Harris Bank | $ 1,119.00 | | $ 1,119.00 | | $ 1,119.00 | | $ 1,119.00 | |
| Les Schwab | $ 113.00 | | $ 113.00 | | $ 113.00 | | $ 113.00 | |
| XTRA Lease | | | | | | | | |
| Western Pacific Leasing | | | | | | | | |
| Premier Trailers LLC | | | | | | | | |
| Unsecured Claims | $ 2,000.00 | | $ 2,000.00 | | $ 2,000.00 | | $ 2,000.00 | |
| Priority Claim - IRS | $ 157.00 | | $ 157.00 | | $ 157.00 | | $ 157.00 | |
| Priority Claim - L&I | $ 4,265.00 | | $ 4,265.00 | | $ 4,265.00 | | $ 4,265.00 | |
| Total Expenses-Fixed | $ 142,769.96 | | $ 142,771.96 | | $ 142,773.96 | | $ 142,775.96 | |
| | | | | | | | | |
| **Total Monthly Expenses** | $ 615,206.28 | | $ 615,208.28 | | $ 615,210.28 | | $ 615,212.28 | |
| | | | | | | | | |
| **Net Available Funds (Outflow)** | $ 51,317.39 | | $ 77,135.00 | | $ 103,741.90 | | $ 131,177.67 | |

# EXCL LOGISTICS, LLC
## June, 2023 through Febuary, 2028
## Time Period - Monthly/Yearly

| | Feb | | March | | April | | May | |
| --- | ---: | --- | ---: | --- | ---: | --- | ---: | --- |
| | **2024** | **#Trucks** | **2024** | **#Trucks** | **2024** | **#Trucks** | **2024** | **#Trucks** |
| **Income** | | | | | | | | |
| Gross Receipts: | | | | | | | | |
|    Local Freight | $ 238,000.00 | 10 | $ 261,800.00 | 11 | $ 261,800.00 | 11 | $ 261,800.00 | 11 |
|    Regional Freight | $ 180,400.00 | 11 | $ 180,400.00 | 11 | $ 180,400.00 | 11 | $ 180,400.00 | 11 |
|    OTR - California | $ 206,800.00 | 11 | $ 206,800.00 | 11 | $ 225,600.00 | 12 | $ 244,400.00 | 13 |
|    Shop Revenue | $ 18,320.45 | | $ 19,236.47 | | $ 20,198.29 | | $ 21,208.21 | |
| **Total Gross Receipts** | $ 643,520.45 | | $ 668,236.47 | | $ 687,998.29 | | $ 707,808.21 | |
| Contribution from owner | | | | | | | | |
| Carry Over from previous period | $ 131,177.67 | | $ 159,483.84 | | $ 198,471.95 | | $ 239,027.56 | |
| **Total Receipts** | $ 774,698.12 | | $ 827,720.31 | | $ 886,470.24 | | $ 946,835.77 | |
|    Less: | | | | | | | | |
| **Expenses - Variable (see attached)** | | | | | | | | |
|    Fuel | $ 205,616.32 | | $ 210,456.40 | | $ 218,148.72 | | $ 225,841.04 | |
|    Driver | $ 230,520.00 | | $ 238,920.00 | | $ 247,920.00 | | $ 256,920.00 | |
|    Maintenance | $ 36,300.00 | | $ 37,092.00 | | $ 38,592.00 | | $ 40,092.00 | |
| Total Exenses - Variable | $ 472,436.32 | | $ 486,468.40 | | $ 504,660.72 | | $ 522,853.04 | |
| **Expenses - Fixed** | | | | | | | | |
|    Payroll - Non Insiders (Sheet 4 - Ref A) | $ 29,000.00 | | $ 29,000.00 | | $ 29,000.00 | | $ 29,000.00 | |
|    Payroll - Anil Bhambi | $ 4,000.00 | | $ 4,000.00 | | $ 4,000.00 | | $ 4,000.00 | |
|    Payroll Tax at Estimated 20% | $ 6,600.00 | | $ 6,600.00 | | $ 6,600.00 | | $ 6,600.00 | |
|    Lease Payments: | | | | | | | | |

# EXCL LOGISTICS, LLC
## June, 2023 through Febuary, 2028
## Time Period - Monthly/Yearly

| | Feb | | March | | April | | May | |
|---|---|---|---|---|---|---|---|---|
| | **2024** | **#Trucks** | **2024** | **#Trucks** | **2024** | **#Trucks** | **2024** | **#Trucks** |
| O'Brien Investment (Shop) | $ 6,565.00 | | $ 6,565.00 | | $ 6,565.00 | | $ 6,565.00 | |
| Emerald Downs Yard (Net of Sublease) | $ 4,050.00 | | $ 4,050.00 | | $ 4,050.00 | | $ 4,050.00 | |
| Lincoln Property Mgmt (Office) | $ 4,565.00 | | $ 4,565.00 | | $ 4,565.00 | | $ 4,565.00 | |
| Insurance | | | | | | | | |
| Insurance #1 - Palta Insurance | $ 15,000.00 | | $ 15,000.00 | | $ 15,000.00 | | $ 15,000.00 | |
| Insurance #2 - Bull Dog | $ 1,350.00 | | $ 1,350.00 | | $ 1,350.00 | | $ 1,350.00 | |
| Insurance #3 - Intermodal Extended | $ 6,850.00 | | $ 6,850.00 | | $ 6,850.00 | | $ 6,850.00 | |
| Dispatch (India) | $ 14,650.00 | | $ 14,650.00 | | $ 14,650.00 | | $ 14,650.00 | |
| Accountant | $ 1,216.00 | | $ 1,218.00 | | $ 1,220.00 | | $ 1,222.00 | |
| Utilities | $ 1,179.09 | | $ 1,179.09 | | $ 1,179.09 | | $ 1,179.09 | |
| Software | $ 1,072.32 | | $ 1,072.32 | | $ 1,072.32 | | $ 1,072.32 | |
| Oregon DOT | $ 2,200.00 | | $ 2,200.00 | | $ 2,200.00 | | $ 2,200.00 | |
| Intermodal Fees | $ 156.55 | | $ 156.55 | | $ 156.55 | | $ 156.55 | |
| Fleet Tracking | $ 1,125.00 | | $ 1,125.00 | | $ 1,125.00 | | $ 1,125.00 | |
| Fuel Money Network | $ 1,350.00 | | $ 1,350.00 | | $ 1,350.00 | | $ 1,350.00 | |
| Trailer Rental | $ 14,500.00 | | $ 14,500.00 | | $ 14,500.00 | | $ 14,500.00 | |
| Estimated Trustee Fee/Attorney Fee | $ 1,500.00 | | $ 1,500.00 | | $ 1,500.00 | | $ 1,500.00 | |
| Secured Claims | | | | | | | | |
| TBS Factoring Service/First Corp | | | | | | | | |
| Kautilya Capital, LLC | $ 1,000.00 | | $ 1,000.00 | | $ 1,000.00 | | $ 1,000.00 | |
| Commercial Credit Group, Inc. | $ 21,460.00 | | $ 21,460.00 | | $ 21,460.00 | | $ 21,460.00 | |

# EXCL LOGISTICS, LLC
## June, 2023 through Febuary, 2028
## Time Period - Monthly/Yearly

|  | Feb 2024 | #Trucks | March 2024 | #Trucks | April 2024 | #Trucks | May 2024 | #Trucks |
|---|---|---|---|---|---|---|---|---|
| RTS Service/Exertion 221 Trust |  |  |  |  |  |  |  |  |
| BMO Harris Bank | $ 1,119.00 |  | $ 1,119.00 |  | $ 1,119.00 |  | $ 1,119.00 |  |
| Les Schwab | $ 113.00 |  | $ 113.00 |  | $ 113.00 |  | $ 113.00 |  |
| XTRA Lease |  |  |  |  |  |  |  |  |
| Western Pacific Leasing |  |  |  |  |  |  |  |  |
| Premier Trailers LLC |  |  |  |  |  |  |  |  |
| Unsecured Claims | $ 2,000.00 |  | $ 2,000.00 |  | $ 2,000.00 |  | $ 2,000.00 |  |
| Priority Claim - IRS | $ 157.00 |  | $ 157.00 |  | $ 157.00 |  | $ 157.00 |  |
| Priority Claim - L&I | $ 4,265.00 |  | $ 4,265.00 |  | $ 4,265.00 |  | $ 4,265.00 |  |
| Total Expenses-Fixed | $ 142,777.96 |  | $ 142,779.96 |  | $ 142,781.96 |  | $ 142,783.96 |  |
|  |  |  |  |  |  |  |  |  |
| **Total Monthly Expenses** | $ 615,214.28 |  | $ 629,248.36 |  | $ 647,442.68 |  | $ 665,637.00 |  |
|  |  |  |  |  |  |  |  |  |
| **Net Available Funds (Outflow)** | $ 159,483.84 |  | $ 198,471.95 |  | $ 239,027.56 |  | $ 281,198.77 |  |

# EXCL LOGISTICS, LLC
## June, 2023 through Febuary, 2028
## Time Period - Monthly/Yearly

| | Jun - May | | Jun - May | | Jun - May | | June - Feb | |
|---|---|---|---|---|---|---|---|---|
| | **2024-2025** | **#Trucks** | **2025-2026** | **#Trucks** | **2026-2027** | **#Trucks** | **2027-2028** | **#Trucks** |
| **Income** | | | | | | | | |
| Gross Receipts: | | | | | | | | |
|    Local Freight | $ 2,856,000.00 | 10 | $ 2,856,000.00 | 10 | $ 2,856,000.00 | 10 | $ 2,856,000.00 | 10 |
|    Regional Freight | $ 2,361,600.00 | 12 | $ 2,558,400.00 | 13 | $ 2,558,400.00 | 13 | $ 2,558,400.00 | 13 |
|    OTR - California | $ 2,932,800.00 | 13 | $ 3,158,400.00 | 14 | $ 3,158,400.00 | 14 | $ 3,158,400.00 | 14 |
|    Shop Revenue | $ 267,223.42 | | $ 280,584.59 | | $ 294,613.82 | | $ 309,344.51 | |
| **Total Gross Receipts** | $ 8,417,623.42 | | $ 8,853,384.59 | | $ 8,867,413.82 | | $ 8,882,144.51 | |
| Contribution from owner | | | | | $ - | | $ - | |
| Carry Over from previous period | $ 281,198.77 | | $ 394,634.72 | | $ 618,734.38 | | $ 515,510.96 | |
| **Total Receipts** | $ 8,698,822.19 | | $ 9,248,019.31 | | $ 9,486,148.21 | | $ 9,397,655.47 | |
|    Less: | | | | | | | | |
| **Expenses - Variable (see attached)** | | | | | | | | |
|    Fuel | $ 2,231,595.84 | | $ 2,343,175.64 | | $ 2,460,334.42 | | $ 2,583,351.14 | |
|    Driver | $ 2,916,401.92 | | $ 3,062,222.02 | | $ 3,215,333.12 | | $ 2,845,521.00 | |
|    Maintenance | $ 1,353,951.27 | | $ 1,421,648.83 | | $ 1,492,731.27 | | $ 1,567,367.83 | |
| Total Exenses - Variable | $ 6,501,949.03 | | $ 6,827,046.49 | | $ 7,168,398.81 | | $ 6,996,239.97 | |
| **Expenses - Fixed** | | | | | | | | |
|    Payroll - Non Insiders (Sheet 4 - Ref A) | $ 348,000.00 | | $ 348,000.00 | | $ 348,000.00 | | $ 348,000.00 | |
|    Payroll - Anil Bhambi | $ 48,000.00 | | $ 48,000.00 | | $ 48,000.00 | | $ 48,000.00 | |
|    Payroll Tax at Estimated 20% | $ 79,200.00 | | $ 79,200.00 | | $ 79,200.00 | | $ 79,200.00 | |
|    Lease Payments: | | | | | | | | |

# EXCL LOGISTICS, LLC
## June, 2023 through Febuary, 2028
## Time Period - Monthly/Yearly

| | Jun - May 2024-2025 | #Trucks | Jun - May 2025-2026 | #Trucks | Jun - May 2026-2027 | #Trucks | June - Feb 2027-2028 | #Trucks |
|---|---:|---|---:|---|---:|---|---:|---|
| O'Brien Investment (Shop) | $ 82,719.00 | | $ 82,719.00 | | $ 82,719.00 | | $ 82,719.00 | |
| Emerald Downs Yard (Net of Sublease) | $ 51,030.00 | | $ 51,030.00 | | $ 51,030.00 | | $ 51,030.00 | |
| Lincoln Property Mgmt (Office) | $ 57,519.00 | | $ 57,519.00 | | $ 57,519.00 | | $ 57,519.00 | |
| Insurance | | | | | | | | |
| Insurance #1 - Palta Insurance | $ 180,000.00 | | $ 180,000.00 | | $ 180,000.00 | | $ 180,000.00 | |
| Insurance #2 - Bull Dog | $ 16,200.00 | | $ 16,200.00 | | $ 16,200.00 | | $ 16,200.00 | |
| Insurance #3 - Intermodal Extended | $ 82,200.00 | | $ 82,200.00 | | $ 82,200.00 | | $ 82,200.00 | |
| Dispatch (India) | $ 255,500.00 | | $ 255,500.00 | | $ 255,500.00 | | $ 255,500.00 | |
| Accountant | $ 14,688.00 | | $ 14,688.00 | | $ 14,688.00 | | $ 14,688.00 | |
| Utilities | $ 14,148.00 | | $ 14,148.00 | | $ 14,148.00 | | $ 14,148.00 | |
| Software | $ 12,867.84 | | $ 12,867.84 | | $ 12,867.84 | | $ 12,867.84 | |
| Oregon DOT | $ 26,400.00 | | $ 26,400.00 | | $ 26,400.00 | | $ 26,400.00 | |
| Intermodal Fees | $ 1,878.60 | | $ 1,878.60 | | $ 1,878.60 | | $ 1,878.60 | |
| Fleet Tracking | $ 13,500.00 | | $ 13,500.00 | | $ 13,500.00 | | $ 13,500.00 | |
| Fuel Money Network | $ 16,200.00 | | $ 16,200.00 | | $ 16,200.00 | | $ 16,200.00 | |
| Trailer Rental | $ 174,000.00 | | $ 174,000.00 | | $ 174,000.00 | | $ 174,000.00 | |
| Estimated Trustee Fee/Attorney Fee | $ 18,000.00 | | $ 18,000.00 | | $ 18,000.00 | | $ 13,500.00 | |
| Secured Claims | | | | | | | | |
| TBS Factoring Service/First Corp | | | | | | | | |
| Kautilya Capital, LLC | $ 12,000.00 | | $ 12,000.00 | | $ 12,000.00 | | $ 9,000.00 | |
| Commercial Credit Group, Inc. | $ 257,520.00 | | $ 257,520.00 | | $ 257,520.00 | | $ 193,140.00 | |

# EXCL LOGISTICS, LLC
## June, 2023 through Febuary, 2028
## Time Period - Monthly/Yearly

|  | Jun - May | | Jun - May | | Jun - May | | June - Feb | |
|---|---|---|---|---|---|---|---|---|
|  | **2024-2025** | **#Trucks** | **2025-2026** | **#Trucks** | **2026-2027** | **#Trucks** | **2027-2028** | **#Trucks** |
| RTS Service/Exertion 221 Trust | | | | | | | | |
| BMO Harris Bank | $ 13,428.00 | | $ 13,428.00 | | $ 13,428.00 | | $ 10,071.00 | |
| Les Schwab | $ 1,356.00 | | $ 1,356.00 | | $ 1,356.00 | | $ 1,017.00 | |
| XTRA Lease | | | | | | | | |
| Western Pacific Leasing | | | | | | | | |
| Premier Trailers LLC | | | | | | | | |
| Unsecured Claims | $ 24,000.00 | | $ 24,000.00 | | $ 24,000.00 | | $ 18,000.00 | |
| Priority Claim - IRS | $ 1,884.00 | | $ 1,884.00 | | $ 1,884.00 | | $ 1,413.00 | |
| Priority Claim - L&I | $ 51,180.00 | | $ 51,180.00 | | $ 51,180.00 | | $ 38,385.00 | |
| **Total Expenses-Fixed** | $ 1,802,238.44 | | $ 1,802,238.44 | | $ 1,802,238.44 | | $ 1,720,191.44 | |
| | | | | | | | | |
| **Total Monthly Expenses** | $ 8,304,187.47 | | $ 8,629,284.93 | | $ 8,970,637.25 | | $ 8,716,431.41 | |
| | | | | | | | | |
| **Net Available Funds (Outflow)** | $ 394,634.72 | | $ 618,734.38 | | $ 515,510.96 | $ - | $ 681,224.05 | |