JUDGE: Marc Barreca
CHAPTER: 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

EXCL LOGISTICS LLC

Debtor.

No. 23-10364-MLB

DECLARATION OF NO CONFLICT

Denice E. Moewes declares under penalty of perjury under the laws of the State of Washington as follows:

1. I am an attorney licensed to practice in the State of Washington, and I submit this declaration in support of an Application and Order Authorizing Employment of Denice E. Moewes and Wood & Jones, P.S., to serve as attorney for Edmund J. Wood, the Chapter 7 Trustee ("Trustee") in this matter, and pursuant to Bankruptcy Rule 2014. I am currently employed at the firm of Wood & Jones, P.S., whose business address appears below.

2. I have previously worked with the Trustee in the past on other cases in which Edmund J. Wood was the Trustee and it is anticipated that it will continue.

3. I do not hold or represent an interest adverse to the estate and I am disinterested pursuant to 11 USC § 101(14).

4. I do not have a connection of which I am aware with the Debtor, any creditor or any other party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

5. I have read Local Bankruptcy Rule 2016 in accordance with Local Bankruptcy Rule 2014.

DECLARATION OF NO CONFLICT

page - 1 -

**WOOD & JONES, P.S.**
**303 N. 67th Street**
Seattle WA 98103-5209
206-623-4382

Signed and dated this 17th day of October in Seattle, Washington.

> /s/ Denice E. Moewes
> Denice E. Moewes, WSB #19464

Moewes - DNC

DECLARATION OF NO CONFLICT

page - 2 -

**WOOD & JONES, P.S.**
**303 N. 67th Street**
**Seattle WA 98103-5209**
**206-623-4382**

2023 Hourly Rates

# WOOD & JONES, P.S.

| | |
|---|---:|
| Edmund J. Wood (attorney) | $370.00 |
| Denice E. Moewes (attorney) | $410.00 |
| Theresa M. Kent (paralegal) | $150.00 |
| Dominique Moses (paralegal) | $125.00 |
| Dominique Moses (legal assistant) | $75.00 |
| Kieran McKee (paralegal) | $125.00 |
| Kieran McKee (legal assistant) | $75.00 |

DECLARATION OF NO CONFLICT

page - 3 -

WOOD & JONES, P.S.
303 N. 67th Street
Seattle WA 98103-5209
206-623-4382

Case 23-10364-MLB    Doc 217    Filed 10/25/23    Ent. 10/25/23 12:31:49    Pg. 3 of 3